UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY AVILA, JR.,<br><br>           Petitioner,<br><br>  vs.<br><br>MICHAEL MARTEL, Acting Warden of San Quentin State Prison,<br><br>           Respondent. | Case No. 1:11-CV-01196-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Temporarily Staying Execution, Granting In Forma Pauperis Status, and Referring Case to Selection Board for Recommendation of Counsel |

On July 19, 2011, Petitioner Johnny Avila, Jr. ("Avila"), a state prisoner facing capital punishment, filed pro se applications for appointment of counsel, for stay of execution, and to proceed in forma pauperis, in the Eastern District of California pursuant to 28 U.S.C. § 2254. Avila has filed a supporting declaration with his request for in forma pauperis status and appointment of counsel, asserting he is indigent and has only minimal assets. The Court has been advised that arrangements have been made for a certified copy of Avila's inmate trust fund account statement to be forwarded to the Court.

Good cause appearing,

    1.    Avila's request to proceed in forma pauperis is granted conditioned on the receipt of satisfactory documentation regarding his inmate trust account;

2. Avila's application for appointment of counsel is granted. The matter is referred to the Federal Defender and the Eastern District Selection Board for either notification that the Federal Defender, Capital Habeas Unit, is available for appointment, or for the recommendation by the Selection Board of other counsel to represent Avila in these proceedings;

3. Avila's request for a stay of execution is temporarily granted. All court and other proceedings related to the execution of his sentence of death, including preparation for execution and the setting of an execution date, are stayed until ninety days after counsel is appointed pursuant to 28 U.S.C. § 2251(a)(3).

IT IS SO ORDERED.

DATED:   July 22, 2011

                                          /s/ Anthony W. Ishii
                                        Chief United States District Judge