1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   JOHNNY AVILA, JR.,                    )  Case No. 1:11-cv-01196-AWI-P
                                          )
10                      Petitioner,       )
                                          )  DEATH PENALTY CASE
11        vs.                             )
                                          )
12   MICHAEL MARTEL, Acting Warden        )  Order Following Phase I Case
     of San Quentin State Prison,         )  Management Conference
13                                        )
                        Respondent.       )
14   _____)

15

16        This matter came on for a Phase I Case Management Conference

17   ("CMC") August 29, 2011, in the above entitled Court, the Honorable

18   Anthony W. Ishii, presiding.  Petitioner Johnny Avila, Jr. ("Avila") was

19   represented by Timothy Foley and Harry Simon, assistant federal

20   defenders with the Capital Habeas Unit of the Eastern District Federal

21   Defender's Office, and by Saor Stetler, CJA counsel.  Respondent Michael

22   Martel, as Acting Warden of San Quentin State Prison (the "Warden") was

23   represented by Deputy Attorney General Louis Vasquez.  All counsel

24   appeared telephonically.

25        In initiating case management procedures, the July 26, 2011 order

26   directed counsel for both parties to familiarize themselves with the Fresno

1   Attorney Guide and Eastern District Local Rule 191.  At the initial CMC
2   they were to be prepared to discuss the statute of limitations, the date for
3   the Warden to lodge the state record, and the time necessary for Avila to
4   assemble the record.  That order also directed counsel for both parties to
5   complete confidential case evaluation forms, and counsel for Avila to file
6   under seal a proposed Phase I budget and case management plan.

7       The Warden noted that the Local Rule 191(h)(1) was amended July 1,
8   2011, and now requires the state record to be lodged within 45 days of
9   appointment of counsel[1], which in this case would be by September 9, 2011.
10  In light of the large state record in this case, the Warden requested, and
11  was granted, until September 30, 2011, to lodge the state record.  Counsel
12  for Avila indicated they have obtained much of the voluminous case
13  record, but that the process of obtaining all files from prior defense counsel
14  and investigators is still ongoing, and the records which have been
15  obtained are being reviewed to determine if they are complete.

16      The parties agree the one-year statute of limitations period expires
17  June 15, 2012.  A second Phase I CMC was set for November 7, 2011, at 3
18  p.m., at which time counsel for Avila are expected to have completed a
19  preliminary review of the state record and files in order to be able to state
20  when they can submit a  proposed budget for Phase II.  Prior to the
21  November CMC, counsel for both parties are to meet and confer regarding
22  the due date for Avila's federal petition and a subsequent litigation
23  schedule, either addressing the issue of exhaustion or filing an answer and
24  reply.

25  _____

26      [1] The previous rule required the state record to be lodged as soon as
practicable, but no later than 20 days before the petition was to be filed.

OReCMC1Avila                          2

1    With the agreement of Mr. Vasquez on behalf of the Warden, further

2  proceedings to discuss a budget and case management plan for Avila's

3  case were conducted confidentially.  A separate order will be issued and

4  filed under seal establishing a budget for Phase I of the litigation.

5

6  Good cause appearing,

7    The Warden shall lodge the state record in this case by September 30,

8  2011.

9    A second case management conference will be held telephonically on

10  November 7, 2011, at 3 p.m.  Counsel for Avila shall initiate the conference

11  call.

12

13  IT IS SO ORDERED.

14

15  DATED:   ___August 30, 2011___

16                                    ___/s/ Anthony W. Ishii___

17                                    Chief United States District Judge

18

19

20

21

22

23

24

25

26