UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY AVILA, JR., | ) Case No. 1:11-cv-01196-AWI-P |
|     Petitioner, | ) |
| vs. | ) <u>DEATH PENALTY CASE</u> |
| KEVIN CHAPPELL*, Acting Warden of San Quentin State Prison, | ) Order Authorizing Filing of State Exhaustion Petition |
|     Respondent. | ) |

Counsel for Petitioner Johnny Avila, Jr. ("Avila"), have notified the Court that they have uncovered new claims not previously pleaded before the California Supreme Court. These claims must be exhausted before they can be considered by this Court.

This Court finds that these exhaustion proceedings fall within the meaning of "other appropriate motions and procedures" in 18 U.S.C. § 3599(e), such that it is appropriate for federal counsel to conduct the exhaustion proceedings. *See Harbison v. Bell*, 556 U.S. 180, 190 n.7 (2009).

_____

* Kevin Chappell is substituted for his predecessor as Warden of San Quentin State Prison, pursuant to Federal Rule of Civil Procedure 25(d).

This Court grants the request of appointed counsel for leave to file a state petition raising unexhauted claims in the course of their federal representation of Avila.  This Court expects that counsel appointed pursuant to the Criminal Justice Act ("CJA") will seek appointment from the state court for work done during the state proceedings, and that no reimbursement for work done while on state exhaustion will be made from CJA funds except as are explicitly approved by court order.

IT IS SO ORDERED.

DATED:     June 7, 2012

                                                   /s/ Anthony W. Ishii
                                          Chief United States District Judge