1  DANIEL J. BRODERICK, State Bar No. 89424
   Federal Defender
2  HARRY W. SIMON,  State Bar No. 133112
   Assistant Federal Defenders
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  (916) 498-6666; FAX (916) 498-6656

5  SAOR E. STETLER, State Bar No. 194978
   Attorney at Law
6  PO Box 2189
   Mill Valley, CA 94942
7  (415) 388-8924

8  Attorneys for Petitioner
   JOHNNY AVILA, Jr.

9

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  JOHNNY AVILA, Jr.,                    )   CASE NO. 1:11-cv-01196-AWI-P
                                          )
15           Petitioner,                  )   DEATH PENALTY CASE
                                          )
16      vs.                               )   STIPULATION AND ORDER FOR
                                          )   EXTENSION OF TIME TO FILE
17  KEVIN CHAPPELL, Warden of the         )   EXHAUSTION PLEADINGS AND ORDER
    California State Prison at San Quentin,)
18                                        )
             Respondent.                  )
19                                        )
                                          )
20                                        )
    _____)
21

22       On September 7, 2012, this Court issued its Order Granting Petitioner's Motion for Stay and

23  Abeyance.  (Dkt. 30).  As part of that order, the Court directed the parties to file a Joint Statement of

24  Exhaustion and directed petitioner to file a brief on any claims Respondent contends are unexhausted

25  within 45 days of the date of that order, or October 22, 2012.  On October 18, 2012, the Court issued an

26  order approving a stipulation of the parties extending the time for filing of these documents to November

27  21, 2012.  (Dkt. 33).  Since that stipulation was approved, the parties have continued to meet and confer in

28  an effort to clarify their agreements and disputes over which claims are and are not exhausted.  In order to

facilitate further discussion on these issues, the parties request that the time for filing of the Joint

Stipulation of Exhaustion and petitioner's brief be extended an additional 14 days, to December 5, 2012.

Dated: November 14, 2012.

Respectfully submitted,
Daniel J. Broderick
Federal Defender
Harry Simon
Assistant Federal Defender

/s/Saor Stetler
Saor Stetler

Attorneys for Petitioner Avila

Kamala D. Harris
Attorney General of California
Stephanie Mitchell
Deputy Attorney General
Amanda D. Cary
Deputy Attorney General

/s/Louis M. Vasquez
Louis M. Vasquez
Supervising Deputy Attorney General

IT IS SO ORDERED

DATED:   November 15, 2012

       /s/ Anthony W. Ishii
United States District Judge