# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY AVILA JR.,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of the California State Prison at San Quentin,<br><br>Respondent. | No. 1:11-cv-01196 AWI SAB<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL NUNC PRO TUNC<br><br>(ECF No. 47) |

On September 23, 2014, a declaration of counsel Saor E. Stetler was filed under seal. (ECF No. 46.) On September 25, 2014, Petitioner filed a request to file Mr. Stetler's declaration under seal.

Petitioner's request to file the document under seal is HEREBY GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated: **September 25, 2014**

UNITED STATES MAGISTRATE JUDGE

1