# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY AVILA, JR., <br><br> Petitioner, <br><br> v. <br><br> RON DAVIS, Warden of California State Prison at San Quentin, <br><br> Respondent.[1] | Case No. 1:11-cv-01196-AWI-SAB <br><br> DEATH PENALTY CASE <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION DISMISSING ACTION AS MOOT |

Petitioner, Johnny Avila, Jr., a state prisoner convicted and sentenced to death in Fresno County Superior Court on March 21, 1995, proceeds through appointed counsel, the Federal Defender and Saor Stetler, Esq., on the habeas corpus petition filed pursuant to 28 U.S.C. § 2254 on June 14, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before the Court is the motion filed August 25, 2020 by Petitioner's counsel to dismiss as moot the petition filed in this action, based upon Petitioner's death on June 26, 2020.

On September 2, 2020, the magistrate judge issued his findings and recommendation that Petitioner's motion be granted. (ECF No. 68.) The findings and recommendation were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (Id. at 2.) Neither party has not objected or otherwise responded to the findings

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Ron Davis, Warden of San Quentin State Prison, is substituted as Respondent in place of his predecessor wardens.

1

and recommendation and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendation issued on September 2, 2020 (ECF No. 68) are adopted in full;
2. This action is dismissed as moot;
3. A certificate of appealability shall not issue; and
4. The Clerk shall enter judgment accordingly, and close the file.

IT IS SO ORDERED.

Dated:   September 22, 2020

_____
SENIOR  DISTRICT  JUDGE